UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOEL WAGSCHAL,

Plaintiff,

- against -

SOSHA WAGSCHAL, ET AL.,

Defendants.

26-cv-9860 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The plaintiff has 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The time to serve the remaining defendants is **December 14, 2026.**

Defendant Tanguay may file her motion to dismiss by **December 14, 2026.** The plaintiff's date to respond is **January 4, 2027.** Defendant Tanguay's time to reply is **January 18, 2027.**

**SO ORDERED.**

**Dated:** New York, New York
November 20, 2026

John G. Koeltl
United States District Judge